UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA


FILED
OCT 10 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Jody Dobbs     3436721

*(Enter above the full name of the plaintiff or plaintiffs in this action).*     *(Inmate Reg. # of each Plaintiff)*

**VERSUS**     CIVIL ACTION NO. 1:19-cv-00735
*(Number to be assigned by Court)*

McDowell county circuit court

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

           Yes _____     No ✓

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

2

II. Place of Present Confinement: <u>Stevens Correctional Center</u>

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ___      No ✓

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: <u>The facility administration has stated it has no authority to amend a sentance.</u>

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: <u>Jody Dobbs 3436721</u>

       Address: <u>795 Virginia Ave. Welch, WV 24801</u>

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.  Defendant: McDowell County Circuit Court

   is employed as: _____

   at _____

D.  Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 11th, 2007 the Petitioner was convicted for an October 2002 incident and subsequently incarcerated. West Virginia code 62-12-26, which provides for additional supervision of sexual offenders, took effect in 2003. West Virginia code 62-12-26 is clearly and unmistakeably punative in nature and all persons subjected thereto have experienced what amounts to a de facto termination of constitutionally protected civil liberties. The McDowell

4

IV.  **Statement of Claim (continued):**

County circuit court has retroactively applied West Virginia code 62-12-26 to the Petioner in clear violation of Article 1, Section 10 United States constitution, Article 3, Section 4 West Virginia constitution and an important case law. West Virginia V. Jerry Deel W Va 600237 W Va 600.

V.  **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Petitioner requests this court to nullify and make void the order of supervised release which has been retroactively applied to the Petitioner.

5

V.     Relief (continued)):

_____

_____

_____

_____

_____

VII.   Counsel

    A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

    Yes _____      No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: Petitioner is unable to Pay for legal services.

    C.     Have you previously had a lawyer representing you in a civil action in this court?

    Yes _____      No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this 25th day of September, 20 19.

_____Jody Dahls_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09-25-2019  .
           (Date)

_____Jody Dahls_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7